IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01554-WYD-CBS

DEAN NEWTON,

    Plaintiff,

v.

CENTENNIAL CREDIT CORPORATION; and
DOES 1-10, inclusive,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties Stipulation of Dismissal [ECF No. 15], filed November 23, 2010.  After a careful review of the Stipulation and the file, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs and attorney's fees.

    Dated:  November 23, 2010

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge